DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-344 |
| Plaintiff, | |
| v. | |
| $417,073.00 IN UNITED STATES CURRENCY seized from the premises of 2656 North Ontario Street, Las Vegas Nevada; | United States' Unopposed Application To Continue CAFRA Deadline |
| $28,230.05 IN UNITED STATES CURRENCY seized from J.P. Morgan Chase Account No. xxxxxxx2849; | |
| $21,146.37 in UNITED STATES CURRENCY seized from J.P. Morgan Chase Bank Account No. xxxxxx5561; | |
| Defendants. | |

COMES NOW The United States of America and moves this Court to extend the CAFRA (Civil Asset Forfeiture Reform Act) deadline for 60 days or until April 11, 2017. This motion is unopposed by Claimants' Counsel.

Pursuant to 18 U.S.C. 983 (a)(2)(E), the United States has 90 days to file a civil complaint, if an interested party files a timely administrative claim with the seizing agency. In this case, Customs and Border Patrol seized the above referenced defendants on August 17, 2016; and the claimants, Zalmai and Sona Basharyar, filed administrative

claims with the Department of Homeland Security (United States Customs and Border Patrol) on November 10, 2016. As such, the United States was/is obliged to file a civil complaint by February 10, 2017.

The Government requests a continuance of that February 10, 2017, deadline until April 10, 2017. For its grounds the Government states that it continues to investigate this case, involving the seizure of large quantities of analogue drugs ("spice") from the business premises of G-One Smoke Shop as well as over $450,000.00 in monetary assets (specified in the caption above) from the residential premises of the owner of that smoke shop (Zalmai Basharyar) and bank accounts linked to Basharyar, personally, and/or corporate bank accounts maintained by G-One. Government investigators have yet to complete their analysis of what will largely, if not exclusively, be a financial case, to wit: was/is the seized currency derived from legitimate sources or from drug-dealing. To resolve that issue, investigators need to pore over volumes of financial documents and bank records. Their task is not yet complete and, as such, the Government cannot make an informed assessment of whether there exists a preponderance of evidence that would justify filing a civil complaint.

Accordingly, the United States requests an additional 60 days (or until April 11, 2017) to complete its financial analysis and determine whether to file a complaint in this matter.

Counsel for the Government has consulted with the Claimants' counsel, Gabriel Grasso, and he has authorized Government counsel to represent to this Court that he does not object to this motion.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

/ / /

/ / /

WHEREFORE, for all of the reasons stated above, the United States moves this Court to continue the CAFRA deadline sixty (60) days or until April 11, 2017.

Dated: February 3, 2017

                                              DANIEL G. BOGDEN  
                                              United States Attorney

                                              */s/ Michael A. Humphreys*  
                                              MICHAEL A. HUMPHREYS  
                                              Assistant United States Attorney

                              IT IS SO ORDERED.

                              DATED: February 7, 2017

                              _____  
                              C.W. HOFFMAN, JR.  
                              UNITED STATES MAGISTRATE JUDGE