1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada Bar No. 2137
   MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
   U.S. Attorney's Office
4  501 Las Vegas Boulevard South, Suite1100
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Facsimile: 702-388-6787
6  Email: *michael.humphreys@usdoj.gov*
   Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-344-JAD-(CWH) |
| Plaintiff, | |
| v. | |
| $417,073 IN UNITED STATES CURRENCY seized from the premises of 2656 North Ontario Street, Las Vegas Nevada; | United States' Unopposed Application To Continue CAFRA Deadline<br><br>(Third Request) |
| $28,230.05 IN UNITED STATES CURRENCY seized from J.P. Morgan Chase Account No. xxxxxxx2849; | |
| $21,146.37 in UNITED STATES CURRENCY seized from J.P. Morgan Chase Bank Account No. xxxxxx5561; | |
| Defendants. | |

COMES NOW The United States of America and moves this Court to extend the CAFRA (Civil Asset Forfeiture Reform Act) deadline for 90 days or until September 11, 2017.

This is the Government's third request for an extension of the CAFRA deadline. On April 7, 2017, this Court previously granted a 60-day CAFRA extension deadline until June 11, 2017.

///

This current motion for a continued extension of the CAFRA deadline is unopposed by Claimants' Counsel.

Pursuant to 18 U.S.C. 983 (a)(2)(E), the United States has 90 days to file a civil complaint, if an interested party files a timely administrative claim with the seizing agency. In this case, Customs and Border Patrol seized the above-captioned defendants on August 17, 2016; and the claimants, Zalmai and Sona Basharyar, filed administrative claims with the Department of Homeland Security (United States Customs and Border Patrol) on November 10, 2016. As such, the United States was obliged to file its civil complaint in this case by February 10, 2017. In an uncontested motion filed on February 3, 2017, the United States requested an additional sixty (60) days to file a civil forfeiture complaint in this case because it (the United States) was still in the process of determining whether there was/is sufficient evidence to file such a complaint. The United States was (and still is) gathering evidence to determine whether it can meet the burden of the preponderance of evidence necessary to file a complaint.

In addition, Claimants' counsel, in the person of Gabriel Grasso, has advised counsel for the United States that he (Grasso) is reviewing significant quantities of bank records that he would like to present to the Government to stave off a civil and/or criminal filing, or to, at least, provide a basis for settlement discussions. As of May 31, 2017, Claimant's counsel advised counsel for the government that he had not yet harvested all of the information in a usable format, i.e., a thumb drive, but that he expected to provide the government with that information in the next few days. Claimant's counsel expects that the data he will provide to the Government is voluminous. As such it will take several weeks for the government to analyze and synthesize that information into a coherent form that will allow it to evaluate the worth of that information toward either litigation or settlement.

/ / /

In addition, both counsel for the government and counsel for the Claimant will be out of the office and out of town for much of July 2017. In that regard, Claimants' counsel joins in this request so that he and the Government may continue to investigate this matter.

Accordingly, the United States requests an additional 90 days (or until September 11, 2017) to complete its financial analysis and determine whether to file a complaint in this matter.

Counsel for the Government has consulted with the Claimants' counsel, Gabriel Grasso, and he has authorized Government counsel to represent to this Court that he does not object to this motion.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, for all of the reasons stated above, the United States moves this Court to continue the CAFRA deadline sixty (90) days or until September 11, 2017.

Dated: June 2, 2017

STEVEN W. MYHRE
Acting United States Attorney

  /s/ Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 5, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE