STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-344-JAD-(CWH) |
| Plaintiff, | |
| v. | United States' Unopposed Application To Continue CAFRA Deadline |
| $417,073.00 IN UNITED STATES CURRENCY seized from the premises of 2656 North Ontario Street, Las Vegas Nevada; | (Sixth Request) |
| $28,230.05 IN UNITED STATES CURRENCY seized from J.P. Morgan Chase Account No. xxxxxxx2849; | |
| $21,146.37 in UNITED STATES CURRENCY seized from J.P. Morgan Chase Bank Account No. xxxxxx5561; | |
| Defendants. | |

COMES NOW the United States of America and moves this Court to extend the CAFRA (Civil Asset Forfeiture Reform Act) deadline for the Government to file its forfeiture complaint, *in rem,* for 36 days, or until December 17, 2017. The current CAFRA deadline for the Government to file its complaint is November 11, 2017.

This is the Government's Sixth request for an extension of the CAFRA deadline. Previously, this Court granted a 90-day continuance until February 7, 2017. The parties have

agreed to previous extensions of time as they fastidiously attempt to resolve their differences regarding this seizure of nearly one-half million dollars in monetary assets. This iteration of a continuance motion is based upon the Government's actions to procure records from a Nevada state agency (the Department of Employment, Training and Rehabilitation). The Government has already served a subpoena on DETR for these records and a return on that subpoena is expected sometime during the week of November 6th.

This motion is unopposed by Claimants' Counsel.

Pursuant to 18 U.S.C. 983 (a)(2)(E), the United States has 90 days to file a civil complaint, if an interested party files a timely administrative claim with the seizing agency. In this case, Customs and Border Patrol seized the above referenced defendants on August 17, 2016; and the claimants, Zalmai and Sona Basharyar, filed administrative claims with the Department of Homeland Security (United States Customs and Border Patrol) on November 10, 2016. As such, the United States was obliged to file its civil complaint in this case by February 10, 2017. In an uncontested motion filed on February 3, 2017, the United States requested an additional sixty (60) days to file a civil forfeiture complaint in this case because it (the United States) was still in the process of determining whether there was/is sufficient evidence to file such a complaint. The United States was (and still is) gathering and analyzing evidence, specifically bank and tax records (and now Nevada state employment agency records) to determine whether it can meet the burden of the preponderance of evidence necessary to file a complaint.

Since this Court granted the most recent continuance motion, on October 12, 2017, the Government has recently subpoenaed additional records from the Nevada Department of Employment, Training and Rehabilitation. These records will be analyzed to determine the accuracy and authenticity of the Claimant's assertion about the source of his income. Verification and analysis of the records will facilitate the settlement discussions one way or the other regarding the extent to which the seized funds can be traced to legitimate (or illegitimate)

sources. Once the Department of Homeland Security has received these records, its agents and financial analysts will need an additional few weeks to analyze them and then present their findings and conclusions to the United States Attorney for litigation evaluation.

Accordingly, the United States requests an additional 36 days (or until December 17, 2017) to complete its financial analysis and determine whether to file a complaint in this matter.

Counsel for the Government has consulted with the Claimants' counsel, Gabriel Grasso, and he has authorized Government counsel to represent to this Court that he does not object to this motion.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, for all of the reasons stated above, the United States moves this Court to continue the CAFRA deadline thirty-six (36) days or until December 17, 2017.

Dated: November 1, 2017

                      STEVEN W. MYHRE
                      Acting United States Attorney

                      /s/ Michael A. Humphreys
                      MICHAEL A. HUMPHREYS
                      Assistant United States Attorney

IT IS SO ORDERED:

DATED: November 2, 2017

_____
UNITED STATES MAGISTRATE JUDGE